# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR WEST,<br><br>　　　　Plaintiff<br><br>vs.<br><br>CHRISTINA SHEA, Mayor of Irvine,<br><br>　　　　Defendant | Case No. **8-20-CV-01293**<br><br>**DECLARATION OF LAMAR WEST IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, Lamar West, declare and state as follows:

1. I am the Plaintiff in this action and am competent to make this declaration based on my personal knowledge of all matters contained herein.

2. I am currently employed as a software engineer and reside in the City of Irvine, California.

3. On June 3, 2020 I encountered a post on the Facebook profile of Mayor Christina Shea wherein she declined to decrease funding from the Irvine Police Department for reinvestment in vulnerable communities in response to the demands of Black Lives Matter and scores of other individuals and organizations. In the same post, Mayor Shea criticized the ongoing protests against police violence and discouraged members of the public from protesting in Irvine. Attached hereto as Exhibit 1 is a true and correct copy of Mayor Shea's June 3, 2020 post that I took a screenshot of using a different account after I was blocked by Mayor Shea.

4. Approximately an hour after the Mayor shared the post, I commented on the post, expressing the view that the Mayor's decision and position were misplaced and carried racial undertones with which I disagreed. Attached hereto as Exhibit 2 is a true and correct copy of my response to Mayor Shea's June 3, 2020 post that I took a

screenshot of using a different account to view her profile after I was blocked by Mayor Shea.

5. I subsequently discovered that, in response to my comment, the Mayor blocked me from her public profile, preventing me from viewing or interacting with the profile in any fashion. As a result of being blocked from Mayor Shea's Facebook profile, I am unable to comment on the profile's posts, message the profile, publish to the profile, or otherwise interact with the profile.

6. I remain blocked from the Mayor's profile to this day.

7. I am aware that other individuals were also blocked or had their comments deleted by the Mayor for expressing similar criticisms of her position broadcasted on her profile. These individuals include Ms. Jessica Judith Ortega, who had one of her comments deleted by the Mayor; and Mr. Collin Pollum and his sister who were both blocked by the Mayor.

8. Attached hereto as Exhibit 3 is a true and correct copy of the second June 3 post by the mayor to which Mr. Pollum, Ms. Ortega, and Ms. Aminmadani responded prior to being blocked. I took a screenshot of the post by using a different account to view her profile account after I was blocked by Mayor Shea.

9. Currently, there is a vigorous public debate on the issues of systematic racism and ongoing police violence against Black people. And, given social distancing measures, Facebook is an essential tool for ensuring that elected officials hear the demands and concerns of the people. Mayor Shea has used her public profile as a forum for expressing her political viewpoint on such – and a host of other – issues. It is particularly concerning that I have been silenced in this forum from expressing mine. If I were not blocked from Mayor Shea's Facebook profile, I would have continued to comment on her posts related to her role as mayor and demand that the Mayor take action in addressing militarized policing in Irvine. I would like to post on the Mayor's personal Facebook profile about these matters – as others have done – and if unblocked, intend to do so.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and accurate.

Executed on this 20th of July, 2020 at Irvine, California.

By: _____
Lamar West