# EXHIBIT 1



**Christina Shea**
4 hrs ·

I received several email messages today from Black Lives Matter
By the way , we have one Council candidate maybe more, supporting and promoting this movement ...

I say this because I was asked today to cut funding for our Public Safety Dept and reallocate the money to community issues such as homelessness etc

We have been named one of the Safest Cities in America for 15 years in a row and I will not agree to reduce our public safety funding especially after seeing the violence we have endured as a nation this past week,
If you are coming into Irvine to promote an agenda, and protest for lesser public safety protection
best you turn around and find another city to compromise.

199 161 Comments 51 Shares

Like Comment Share

View 33 more comments 50 of 83

**Arthur Tao** Having sufficient fund for police force allows us to hire better policemen, provide more extensive training to avoid overuse of police brutality. Cities that have little funding may be forced to hire less qualified policemen which was what happened to Floyd.
Allowing more homeless people in Irvine will jeopardize safety of the black business and home owners here.
Like · Reply · 3h 6

**Jeff Belle** Stay strong, Christina Shea. This too shall pass.
Like · Reply · 3h 7

**Eva Kmeto** Omg!! I love you!! You are the best!!!
Like · Reply · 3h 7

**Matthew Ortiz** This is awesome!!!
Like · Reply · 3h 3

**BT Fam** Thank you
Like · Reply · 3h 3

**Jackie Moody** What idiot thinks funding should be reduced for public safety???
Like · Reply · 3h 7

Rebecca Lyssē replied · 4 Replies 38m

**Sarah Arnold** I'd like to know which council candidate supports less police protection and more violence. I want to make sure I don't vote for him/her to represent me.
Like · Reply · 3h 9

Rebecca Lyssē replied · 4 Replies 38m

**David Rolfe** You're doing great. Stay Irvine strong
Like · Reply · 3h 10

**Ilene Schneider** Thank you, Christina!
Like · Reply · 3h 8

**Bilal Ameeri** IPD ROCKS
Like · Reply · 3h 8

**Mary Mehrmand** Thank you Mayor Christina
Like · Reply · 3h 6

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

But also not budge on funding. Our police force is the best.
… See More

Like · Reply · 3h    13

Paloma Bakhtiari replied · 3 Replies   2h

**Jessica Judith Ortega** How did you even get elected, you can't even write a FB post....

Like · Reply · 3h    22

Christina Shea replied · 1 Reply   2h

**Lisa Hirsch Bogart** So what you're saying is that you don't support BLM? Maybe you can explain that.

Like · Reply · 3h · Edited    16

Parrisa Yaz replied · 7 Replies   2h

**Lamar D. West** Like other educated people have mentioned it's okay for you to support the movement and not defund the police but you don't want to do either.

I can hear the racist ancestors of yours in this post and it's sickening. Enjoy your position while it last… See More

Like · Reply · 3h    27

**Russell Smith** The idea isn't to remove funding from police just for the sake of it.. but to put that money toward other community programs that make the community safer without the need for police intervention.

You could argue that Irvine already does a good job of… See More

Like · Reply · 3h    11

**Joy Dewing** Sounds like you need a new council. Because Black Lives actually DO matter.

Like · Reply · 2h    17

**Song Song** Wendy Ehlers
Like · Reply · 2h    2

**Tammy Kim** I was there and it was absolutely peaceful and organized by Black residents of Irvine. I am so proud of the large amount of Irvine residents who came out in support of our Black community. Yes, I fully support Black lives, which also include our Black residents. I also support ensuring that our police is fully funded to keep our community and residents safe. It is not one or the other.



Like · Reply · 2h    21

Brooke Ashleigh replied · 2 Replies   39m

**Crystal Bakker** Do not cut IPD funding
Like · Reply · 2h    4

**Vincent Chow** Most of us who can speak English can read between the lines. Would you care to try again? There are many of us who fully support IPD and who also recognize that there have been systemic failures when it comes our black citizens for far too long and sup… See More    16



**Collin Pullum** There are layers to this statement. Firstly, YOU as mayor did not acknowledge a real support of the movement. I'm also hearing you've already received correspondence from your constituents that voted you into the position your in.

The bottom line is t… See More

Like · Reply · 2h    10

**Collin Pullum** Also maybe you shouldn't BLOCK Black members of this community from your page.

Like · Reply · 2h    11

**Karen Cisneros** First of all, you don't own the city and you cannot tell people to go to another city to protest. You are a public servant and you need to organize for the police department and transit to accommodate the the protest so they don't affect the traffic. … See More

Like · Reply · 2h    10

**Francis Di Fronzo** You're race-baiting Christina Shea

Like · Reply · 2h    5

**Nathan Villamor** Disgusting. What little regard you have for the Black community. Your white privilege reeks to high heaven and your inability to listen and find the value in this movement is vile. You need to step down.

Really Christina, can tell us how you feel abo… See More

Like · Reply · 2h    15

**Christina Shea** Wow jumping to such illogical conclusions is scary

Like · Reply · 2h    4

K.M. Persinger replied · 12 Replies    1h

**Marissa Sallee** Are you serious with this post? What are you trying to do, create a mini race war in your city? I am counting my lucky stars that I am not a constituent of yours. I notice you are only responding to comments that are supportive of you. How about respon… See More

Like · Reply · 2h    10

**Collin Pullum** Just want everyone to know she is actively deleting comments of people who are rightly upset of these comments. Actively silencing members of your community. Extremely disheartening and grotesque.

Like · Reply · 2h    10

Daniel Baume replied · 3 Replies    2h

**Wendy Ehlers** Jeni

Like · Reply · 2h

**Austin Saldaña** "By the way, we have one council candidate maybe more supporting and promoting this movement" you sound so fuckin white. You scum of a coward who ran through shit and didn't learn shit.

Like · Reply · 2h    3

**Nikka Aminmadani** I am posting this on your two most recent posts to ensure you see it, Mayor Shea. Plus, both posts were equally troubling to see so I couldn't pick which to post this on. I want to preface this with saying that this comes out of a place of respect and … See More

Like · Reply · 2h    7

Bill Wrinkle replied · 1 Reply    1h

**Joy Dewing** Christina Shea, Irvine City Mayor Thank you for engaging with your constituents. Please take this opportunity to answer one question:

Do you support the Black Lives Matter movement?

8

**Ben Thatcher** Thank you Mayor! There is already a lot of money dedicated to programs here. I don't understand why people need to email you what they did. Irvine is a great city. In fact, the history of my family goes back to the ranch days before Irvine was a city. Nearly 70 years.

Like · Reply · 1h · Edited    4

**Emily Berent** If we want to prove that Irvine is a city where #BlackLivesMatter, it starts with our city budget.

Especially during the economic fallout of the COVID-19 pandemic, we cannot have a budget that increases spending on policing while slashing spending for… See More

Like · Reply · 1h    8

　　Emily Berent replied · 1 Reply · 1h

**Crystal Bakker** Jenny McMasters

Like · Reply · 1h

**Jenny McMasters** Preach it!!!

Like · Reply · 1h    2

**Daniel Luo**



Like · Reply · 1h    3

**Kelly Hurtado** I've lived in irvine my entire life!!! Not sure what you are referring to but there wasnt anyone in the street today. Maybe your just not use to seeing people actually walk around their community for once. Get it together lady. And fyi irvine hasn't be… See More

Like · Reply · 1h    3

　　Kelly Hurtado replied · 6 Replies · 33m

**Debbie Lee** If you look at the numbers, being ranked as one of the safest cities in America is dependent on multiple variables, not just funding in public safety. The community plays a part in that and you are taking way too much credit for what this community has… See More

Like · Reply · 1h · Edited    12

**K.M. Persinger** The fact that the housing crises in your city is not a public safety issue to you demonstrates the fundamental lie of claiming Irvine is the "safest" city. Safe for whom?

Like · Reply · 1h    3

**Daniel Luo** if you dont
fix the spacing problem you have,
it. just makes you sound incoherent

Like · Reply · 1h · Edited    7

　　Debbie Lee replied · 1 Reply · 1h

**Natalie Sweis** KTLA 5 News

Like · Reply · 1h    3

vulnerable populations out of Irvine so that other cities in OC can take care of "the problem." Just admit that you care more about a title than you do about people's LIVES.

Like · Reply · 1h    5

**Eric Doelitzsch** So many of us are gonna remember these pathetic words of yours.

Like · Reply · 1h    5

> Mary Sea replied · 3 Replies    36m

**Javier Mendez** Fine you don't wanna defund the police department? Then work on this!



Like · Reply · 40m

**Kirsten Alonso** People have the right to assemble. It is alarming that you are a mayor of city and promote hate. Also, look at your spacing!

Like · Reply · 33m    1

**Joshua Moore** I'm not "coming into this city" — I've been here for ages (but it's weird that you assume you weren't contacted by residents). 1) I'd love to see the text of this so called message. 2) Even if (if!) you're representing it accurately, are you unable or … See More

Like · Reply · 17m    1

**Heather Kinkade** Please say what you mean and what those emails said. They didn't ask you to defund public safety, they asked you to reduce funding to the police department.

There are more aspects to public safety than just police, so please be accurate in your statements.… See More

Like · Reply · 7m    1

**Brittanie Dudley** Imagine thinking that social equality is "pushing an agenda"

Like · Reply · 7m    2

Write a comment...
Press Enter to post.