# EXHIBIT 2



**La[...] D. West** Like other educated people have mentioned it's okay for you to support the movement and not defund the police but you don't want to do either.

I can hear the racist ancestors of yours in this post and it's sickening. Enjoy your position while it last… See More

Like · Reply · 3h

27