# EXHIBIT 3




**Christina Shea**
4 hrs ·

Right now we have a huge crowd of protesters at City Hall
Signs with very rude comments people in the street blocking traffic .. received a call a resident's car was hit trying to get home by protesters in the street blocking traffic and we are being asked to lessen public safety ?

67  108 Comments  3 Shares

Like   Comment   Share

**Jon Hedrick** 10-4. Watching it.
Like · Reply · 3h

**Robin Pugh**
Like · Reply · 3h

**Robin Pugh** Get them out   3
Like · Reply · 3h

**Matt Banasiak** If they're not being peaceful it's time to take action. Time for Irvine's finest.   4
Like · Reply · 3h

**Ed Arthur** Oh yeah, defund the police, brilliant!   1
Like · Reply · 3h

**Brad White** No.
Like · Reply · 3h · Edited

**Lori DiCarlo** Pray for peace in our city   3
Like · Reply · 3h

**Paula Rickers Smith** Never!!!! Thank you again
Like · Reply · 3h

**Julie Kamps** It's time for a curfew   3
Like · Reply · 3h

**David Rolfe** More LAW is the best solution   2
Like · Reply · 3h

**Matt Banasiak** Is Melissa Fox and Anthony Kuo in the Street with em?   1
Like · Reply · 3h

    Christina Shea replied · 1 Reply   3h

**Michelle Toulmin** I also know that there were many very peaceful people at the protest!!! Let's focus on them!!!!   7
Like · Reply · 3h

    Sarah Arnold replied · 1 Reply   3h

**Eva Kmeto** Lock them up!   1
Like · Reply · 3h

**Suggested Groups**   See All

**University of California, Irvine (UCI) Housing, Su...**
25,351 members   Join Group

**Irvine CA UCI, Housing, Rooms, Apartments, Sublets...**
9,977 members   Join Group

**OC Marketplace**
55,235 members   Join Group

English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch

Privacy · Terms · Advertising · Ad Choices ·
Cookies · More
Facebook © 2020

I penned you an e-mail today and hope you took the time to read. Please use more positive, unifying language during this time! Our city is safe and excellent because of our police force; we can maintain our funding of the police in our cit… See More

17

Like · Reply · 3h · Edited

Charles Duffy Riebe replied · 3 Replies   1h

**Nick Gallo** Who wants to organize a counter protest? Defund universities - like UCI - radicalizing youth.

9

Like · Reply · 3h · Edited

Marcus Ware replied · 3 Replies   25m

**Marie B Elzarka** Are protest in Irvine going on right now?

2

Like · Reply · 3h

**Sean Voysey** Sweet another one? Thanks for letting me know heading out now.

10

Like · Reply · 3h

Sean Voysey replied · 1 Reply   2h

**Fareed Ahmed** god forbid someone says something rude when black people are killed disproportionately by police. thankfully none have been killed in irvine. instead of listening to what they're saying across the country, you want to use MORE force on protestors in your OWN city? it's clear you're out of touch. as the mayor of my city, this is disappointing to see.

28

Like · Reply · 3h

Marcus Ware replied · 13 Replies   15m

**Thomas Lotts** It's gotten worse tonight. La protesters are not letting delivery trucks through to deliver to our businesses throughout Socal. This disruption is calculated.

Like · Reply · 3h

Gabby Lopez replied · 4 Replies   41m

**Bilal Ameeri** Time for curfew

Like · Reply · 3h

**Julie Rice Cooley**

Like · Reply · 2h

**Lisa Watson** Protect our city. Protect our police. Protect our people. Protect our buildings.
Please and thank you.

3

Like · Reply · 2h

Charles Duffy Riebe replied · 4 Replies   1h

**Melissa Shaw** Irvine is not above the noise it seems. I thought we were. Maybe we're not as evolved as I thought we were. College towns are full of diversity… a plus and minus.

2

Like · Reply · 2h

**Lamar D. West** A lot of people are just jumping to the opportunity to expose their ignorance. Before speaking up make sure there's proof to what this lady is saying she already created a narrative and is trying to push it. The protest was super peaceful and people were obeying traffic laws - waiting for the lights to turn green.

8

Like · Reply · 2h

Silvia Warren replied · 1 Reply   2h

Irvine police department and They will tell how peaceful the protest are!!!
She REALLY needs to put her WINE bottle down!!!

Like · Reply · 2h          3

**Tim DiCaotico** Oh my goodness.. Oh heavens.. Rude signs, you say? We need to call the national guard.

Like · Reply · 2h          10

Lana Monaghan replied · 2 Replies   1h

**Star Palmer** #BlackLivesMatter #NAACP needs to see this BS!!
Like · Reply · 2h          3

**Jessica Judith Ortega** NAACP
Like · Reply · 2h

**Star Palmer**

> AN UPDATE FROM NAACP:
> What we're demanding:
> • A ban on the use of knee holds and choke holds as an acceptable practice for police officers.
> • The Use of Force Continuum for any police department in the country must ensure that there are at least 6 levels of steps, with clear rules on escalation.
> • Each State's Open Records Act must ensure officer misconduct information and disciplinary histories are not shielded from the public. Recertification credentials may be denied for police officers if determined that their use of deadly force was unwarranted by federal guidelines.
> • Implementation of Citizen's Review Boards in municipalities to hold police departments accountable and build public confidence.
> #WeAreDoneDying                NAACP

Like · Reply · 2h          3

**Star Palmer**

> AP
> @axhleighlouise
>
> When Rosa Parks was arrested for failing to give her seat to a white man, black people stopped taking the bus, and carpooled or walked to their destinations for 381 days! Most bus companies collapsed and government had to step in. What are YOU willing to give up to affect change?

Like · Reply · 2h          1

**Nikki Bee** Might have been a little more peaceful if you sounded like you listened to your residents. This entire movement is stemming from voices not being heard.

We get that you might not want to defund the police. That's fine.
… See More

Like · Reply · 2h          12

Charles Duffy Riebe replied · 5 Replies   41m

**Nikka Aminmadani** I want to preface this with saying that this comes out of a place of respect and an attempt to help you learn because you have a lot to learn. You should first promote for police to treat black Americans with respect and dignity so that they are able t… See More

Like · Reply · 2h · Edited          19

Jeremy Ficarola replied · 4 Replies   38m

**Vanessa Noel** First, you claim to support the Irvine police department but your message is completely different than the police chief and police association. How do you reconcile this?

Additionally, most corporations & organizations, including NAR & especially tec… See More



Like · Reply · 1h · Edited

Jeremy Ficarola replied · 1 Reply   36m

**Concepcion Carle** I have been a homeowner in Irvine for over 4 years. It has been a great place for us as working professionals raising a young family. This is the first time I have visited your Facebook page and I am so embarrassed that you are a public official in my … See More

Like · Reply · 1h    20

Jeremy Ficarola replied · 2 Replies   33m

**Alyssa Moreno** I was there until about 10pm. It was pretty chill the whole time.    Other protesters immediately condemned anyone trying to do something dumb. People provided water bottles and snacks. I got asked several times if I wanted some hand sanitizer. Awesome crowd.

Like · Reply · 1h · Edited   10

**Allyson Adriatico Tiojanco** From what I have seen and heard of the Irvine protests, they have been extremely peaceful and respectful. It would be nice to, at the very least, see acknowledgement of that and support for the first amendment rights of your constituents even if you don't agree with the movement (which is a whole other huge issue in itself). Please know that your voters will remember this come election time.

Like · Reply · 1h    6

Allyson Adriatico Tiojanco replied · 3 Replies   1h

**Alyssa Moreno** The instances with people in the roadway were fleeting. They stopped when other protesters asked them to. This post is a disservice to all of the peaceful protesters that attended and a lame attempt at discrediting the movement.

Like · Reply · 1h · Edited   4

**Angela Ogletree Stewart** I'm sorry, Ms. Christina Shea but have I perhaps missed any comments from you in support of PEACEFUL protesters?...or against police brutality and racism as a whole? You DO know that those of us who lawfully protest are not the same people as the loot… See More

Like · Reply · 1h    16

Collin Webster replied · 2 Replies   47m

**Deeba Ghasemi** The protests in Irvine were peaceful. It is flat out wrong of you to try to paint them as anything else. People were standing together listening to speeches. Also, it doesn't matter if the signs offended you. You're the mayor, you can't claim offense o… See More

Like · Reply · 1h    11

**Jeremy Ficarola** https://www.buzzfeed.com/.../white-privilege-black-lives...

BUZZFEED.COM
**32 Pictures That Show What White Privilege Looks Like**

Like · Reply · 1h    3

Angela Ogletree Stewart replied · 1 Reply   18m

How extremely sad for the residents of Irvine.

Like · Reply · 1h     6

 Gemma Drake replied · 2 Replies   56m

 **Brandon Cun** How dense can you be? Do you not care that an innocent black man was murdered?

Like · Reply · 1h · Edited

 **David Kellogg** How many of you have enjoyed the safety of the city of Irvine ?
Just something to think about.

Like · Reply · 57m

 Angela Ogletree Stewart replied · 2 Replies   16m

 **Dutonne Chong** Even the police department thinks the protests today were peaceful. What are you talking about?!?!?! You are actively trying to make the protests look bad and you call yourself not racist.



Like · Reply · 56m

 Brandon Cun replied · 1 Reply   41m

 **Jorge Barajas** The protest in Irvine was nothing but respectful. I was there today and I can proudly say there was nothing but love and support, no violent people in sight. You went ahead and blocked people on social media who only asked you to unify and talk to your… See More

Like · Reply · 49m

 **Brandon Cun**
https://www.facebook.com/mark.newgent.5/videos/3180105312012966/?d=n

Should protesters just show up at your house again? Lol

Like · Reply · 49m

 **Marcus Ware** You are so out of touch with this city. Irvine PD issued a statement thanking everyone for having peaceful protests. How can you claim that you're working closely with the police when you guys are issuing different statements? And you realize you're the only one complaining between these two groups? Stop trying to make the BLM movement look bad. Thanks.

Like · Reply · 27m · Edited

 **Brandon Nguyen** Karen please relax. These protests won't affect your ability to sell overpriced Irvine houses and the money you will pocket from adding more citizens to your town (both commission and taxpayer). These protests are peaceful and honestly a great image fo… See More

Like · Reply · 27m · Edited

 Jeremy Ficarola replied · 2 Replies   12m

 **John Andrew Botello** All you care about are "rude signs"? The city did something that I have never seen in the 4 years that I have lived here. You should be proud that people were able to come together peacefully and exercise their first amendment right. Don't forget your … See More

Like · Reply · 16m



IRVINE OR ANYWHERE.

And you're commenting about rude signs?... See More

Like · Reply · 15m · Edited

Write a comment...

Press Enter to post.