# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LAMAR WEST,

    Plaintiff

vs.

CHRISTINA SHEA, Mayor of Irvine,

    Defendant

Case No. 8-20-CV-01293

**DECLARATION OF NIKKA AMINMADANI IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Nikka Aminmadani, declare and state as follows:

1. I am a resident of Irvine, California and am of majority age and competent to make this declaration based on my personal knowledge of all matters contained herein.

2. On June 3, 2020 I submitted comments on Mayor Shea's Facebook profile (the same profile that I understand to be at issue in the instant matter) in response to posts by the Mayor wherein she criticized the ongoing protests against police brutality, declined to cut funding from law enforcement, and dissuaded people from protesting in Irvine.

3. Subsequently, the Mayor blocked me from her profile, thereby preventing me from interacting with her profile.

4. I felt it important to respond to the Mayor's posts because it appeared that she did not seem concerned about ongoing oppression of Black people by law enforcement and systematic racism in the U.S. Instead, in one of her posts, the Mayor seemed more concerned with the explicit content of some of the signs during the protests than the fact that Black and Brown people are murdered by police at alarming rates across the country. Also, in one of the posts to which I responded the Mayor

mischaracterized the protests as violent, when from my personal experience – and that of many others – they were quite the opposite.

5. Also, it is very concerning that the Mayor blocked me and others given that many constituents are not even able to leave their homes to protest due to the ongoing pandemic, much less ensure that public officials like the Mayor hear their concerns. I believe that Facebook is a useful tool for engaging in discussion with elected leaders in light of current social distancing measures.

6. If I were not blocked from the Mayor's profile, I would have continued to comment on her posts related to her role as mayor.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and accurate.

Executed on this 18th of July, 2020 at Irvine, California.

By: _____
Nikka Aminmadani

-2-
DECLARATION OF NIKKA AMINMADANI