**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAMAR WEST,<br><br>   Plaintiff<br><br>vs.<br><br>CHRISTINA SHEA, Mayor of Irvine,<br><br>   Defendant | Case No. **8-20-CV-01293**<br><br>**DECLARATION OF JESSICA ORTEGA IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

I, Jessica Ortega, declare and state as follows:

1. I am a resident of Irvine, California and am of majority age and competent to make this declaration based on my personal knowledge of all matters contained herein.

2. On June 3, 2020 I submitted two comments on Mayor Shea's Facebook profile (the same profile that I understand to be at issue in the instant matter) in response to posts by the Mayor wherein she criticized the ongoing protests against police brutality, declined to cut funding from law enforcement, and dissuaded people from protesting in Irvine.

3. The Mayor responded to one of my comments.

4. Subsequently, the Mayor blocked me from her profile, thereby preventing me from interacting with her profile.

5. It is particularly concerning that the Mayor has silenced me and others during a time of intense public debate, particularly since online platforms like Facebook are amongst the only means of communicating with our elected officials given current social distancing measures. It became apparent to me that the Mayor is not interested in

opinions that criticize her administration and policies, as shown by the fact that her response to my posts was to block me entirely from her profile.

6. If I were not blocked from the Mayor's profile, I would have continued to comment on her posts related to her role as mayor.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and accurate.

Executed on this 20th of July, 2020 at Irvine, California.

By: _____
Jessica Ortega

-2-
DECLARATION OF JESSICA ORTEGA