# EXHIBIT 10


