| | |
|---|---|
| 1 | Jeffrey T. Melching (State Bar No. 180351) |
|   | jmelching@rutan.com |
| 2 | Ajit Singh Thind (State Bar No. 268018) |
|   | athind@rutan.com |
| 3 | RUTAN & TUCKER, LLP |
|   | 611 Anton Boulevard, Suite 1400 |
| 4 | Costa Mesa, California 92626-1931 |
|   | Telephone:  714-641-5100 |
| 5 | Facsimile:   714-546-9035 |

Attorneys for Defendant
CHRISTINA SHEA, Mayor of Irvine

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LAMAR WEST,

      Plaintiff,

  v.

CHRISTINA SHEA, Mayor of Irvine,

      Defendant.

Case No. 8:20-cv-01293-CJC-KES

Judge: Hon. Cormac J. Carney
Ctrm: 9B

**STIPULATION TO WITHDRAW PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Date Action Filed: July 20, 2020
Trial Date:         TBD

1. WHEREAS, on July 20, 2020, Plaintiff LAMAR WEST filed a Complaint (ECF No. 1) in this matter against Defendant CHRISTINA SHEA, Mayor of Irvine ("Mayor") related to the operations of her personal Facebook profile (the "Profile") which, according to Plaintiff, was at all relevant times accessible to the public.

2. WHEREAS, on July 22, 2020, Plaintiff filed a Motion for Preliminary Injunction ("Motion", ECF No. 8) for equitable relief related to the ongoing operations of the Profile.

3. WHEREAS, the Motion is currently set for hearing on August 24, 2020 at 1:30 p.m.

4. WHEREAS, on July 26, 2020, according to Defendant, Defendant

Rutan & Tucker, LLP
attorneys at law

2465/048170-0307
15328264.3 a07/28/20

-1-

STIPULATION TO WITHDRAW
PLAINTIFF'S MOTION FOR PRELIMINARY
INJUNCTION

1 completed the process of closing off the Profile completely from viewing and
2 interaction by any non-friends.
3     5.    WHEREAS, it is Defendant's intent to keep the Profile closed to any
4 non-friends.
5     6.    WHEREAS, after meeting and conferring, the Parties agree to the
6 below Stipulation for purposes of withdrawing the Motion.

## **STIPULATION**

8     IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES
9 THROUGH THEIR RESPECTIVE COUNSEL OF RECORD THAT:
10     1.    Defendant will keep the Profile closed to any non-friends.
11     2.    Plaintiff will withdraw the Motion.
12     3.    In the event that Defendant opens the Profile to non-friends, Plaintiff
13 can refile the Motion.
14     IT IS SO STIPULATED.

Dated: July 28, 2020

RUTAN & TUCKER, LLP
JEFFREY T. MELCHING
AJIT SINGH THIND

By:     /s/ Ajit Singh Thind
Ajit Singh Thind
Attorneys for Defendant
CHRISTINA SHEA, Mayor of Irvine

Dated: July 28, 2020

BAUM HEDLUND ARISTEI GOLDMAN, P.C.
PEDRAM ESFANDIARY
MONIQUE ALARCON
TIMOTHY A. LORANGER

By:     /s/ Pedram Esfandiary
Pedram Esfandiary
Attorneys for Plaintiff
LAMAR WEST

Rutan & Tucker, LLP
attorneys at law

2465/048170-0307
15328264.3 a07/28/20

-2-

STIPULATION TO WITHDRAW
PLAINTIFF'S MOTION FOR PRELIMINARY
INJUNCTION