1  Jeffrey T. Melching (State Bar No. 180351)
   jmelching@rutan.com
2  Ajit Singh Thind (State Bar No. 268018)
   athind@rutan.com
3  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Suite 1400
4  Costa Mesa, California 92626-1931
   Telephone:  714-641-5100
5  Facsimile:   714-546-9035

6  Attorneys for Defendant
   CHRISTINA SHEA, Mayor of Irvine
7

8                   UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11 | LAMAR WEST,                          | Case No. 8:20-cv-01293-CJC-KES
12 |             Plaintiff,               | Judge:  Hon. Cormac J. Carney
   |                                      | Ctrm:   9B
13 |        v.                            |
14 | CHRISTINA SHEA, Mayor of Irvine,     | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**
15 |             Defendant.               |
16 |                                      | Complaint served: July 23, 2020
   |                                      | Current response date: August 13, 2020
17 |                                      | New response date: August 18, 2020
18 |                                      | Date Action Filed:  July 20, 2020
   |                                      | Trial Date:            TBD
19

20

21        Defendant Christina Shea, Mayor of Irvine ("Defendant") and Plaintiff Lamar

22 West ("Plaintiff") hereby consent and stipulate as follows.

23        1.     WHEREAS, on July 20, 2020, Plaintiff filed a Complaint (ECF No. 1)

24 in this matter against Defendant ("Mayor");

25        2.     WHEREAS, Plaintiff served Defendant with the Complaint on July 23,

26 2020;

27        3.     WHEREAS, Defendant's response to the Complaint is currently due on

28 August 13, 2020;

Rutan & Tucker, LLP
attorneys at law

2465/048170-0307
15351904.1 a08/03/20                    -1-

STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT BY
NOT MORE THAN 30 DAYS

1    4.    WHEREAS, Defendant has requested, and Plaintiff has agreed to a five

2  day extension of time to file the response to the Complaint;

3    5.    WHEREAS, the extension to file a response to the Complaint is not

4  more than 30 days.

5    IT IS HEREBY STIPULATED.

6    Pursuant to Local Rule 8-3 of the United States District Court for the Central

7  District of California, Defendant and Plaintiff, by and through their undersigned

8  counsel, hereby stipulate and agree that Defendant shall have up to and including

9  August 18, 2020, within which to respond to the Complaint filed by Plaintiff in this

10  action.

11  Dated:  August 3, 2020          RUTAN & TUCKER, LLP
                                    JEFFREY T. MELCHING
12                                  AJIT SINGH THIND

13                                  By:      /s/  Ajit Singh Thind

14                                       Ajit Singh Thind
                                         Attorneys for Defendant
15                                       CHRISTINA SHEA, Mayor of Irvine

16  Dated:  August 3, 2020          BAUM HEDLUND ARISTEI
                                    GOLDMAN, P.C.
17                                  PEDRAM ESFANDIARY
                                    MONIQUE ALARCON
18                                  TIMOTHY A. LORANGER

19                                  By:      /s/  Pedram Esfandiary

20                                       Pedram Esfandiary
                                         Attorneys for Plaintiff
21                                       LAMAR WEST

22

23

24

25

26

27

28

Rutan & Tucker, LLP
attorneys at law

2465/048170-0307
15351904.1 a08/03/20                    -2-

STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT BY
NOT MORE THAN 30 DAYS