Jeffrey T. Melching (State Bar No. 180351)
jmelching@rutan.com
William Marticorena (State Bar No. 77309)
wmarticorena@rutan.com
Ajit Singh Thind (State Bar No. 268018)
athind@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
Telephone:  714-641-5100
Facsimile:   714-546-9035

Attorneys for Defendant
CHRISTINA SHEA. Mayor of Irvine

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR WEST,<br><br>  Plaintiff,<br><br>  v.<br><br>CHRISTINA SHEA, Mayor of Irvine,<br><br>  Defendant. | Case No. 8:20-cv-01293-CJC-KES<br><br>*Assigned to:*<br>*Hon. Cormac J. Carney; Courtroom: 9B*<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO VACATE ALL DEADLINES**<br><br>Date Action Filed:  July 20, 2020<br>Trial Date:             TBD |

Rutan & Tucker, LLP
attorneys at law

2465/048170-1107
15829715.1 a12/01/20

-1-

STIPULATION TO EXTEND DEADLINES IN
COURT'S NOTICE OF INTENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 16-15.7, please take notice that the parties in the above-captioned action have reached an agreement to settle all claims between Plaintiff and Defendant. The settlement has been agreed in principle and the parties are in the process of preparing and finalizing a settlement agreement. The parties intend to finalize the agreement and file a Stipulation for Dismissal within thirty (30) days. Accordingly, the parties ask that the Court vacate all deadlines.

Dated: December 1, 2020

RUTAN & TUCKER, LLP
JEFFREY T. MELCHING
AJIT SINGH THIND

By:      /s/ Ajit Singh Thind
Ajit Singh Thind
Attorneys for Defendant
CHRISTINA SHEA, Mayor of Irvine

Dated: December 1, 2020

BAUM HEDLUND ARISTEI GOLDMAN, P.C.
PEDRAM ESFANDIARY
MONIQUE ALARCON
TIMOTHY A. LORANGER

By:      /s/ Pedram Esfandiary
Pedram Esfandiary
Attorneys for Plaintiff
LAMAR WEST